1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   LISA HERRICK, Deputy County Counsel (S.B. #157115)          *E-Filed 4/29/05*
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA,
6  RALPH HAYS, AND JAMES RAMONI

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 LUCIA TEN CATE,                     ) No. C04 04051 HRL
                                       )
13          Plaintiff,                 ) STIPULATION FOR DISMISSAL WITH
                                       ) PREJUDICE AND ENTRY OF JUDGMENT
14   v.                                ) AND ORDER
                                       )
15 COUNTY OF SANTA CLARA, RALPH        )
   HAYS, JAMES RAMONI, DOES 1-10,      )
16                                     )
            Defendants.                )
17 _____)

18                        **STIPULATION**

19      **IT IS HEREBY STIPULATED** by and between plaintiff, Lucia Ten Cate, and defendants

20 County of Santa Clara, Ralph Hays and James Ramoni, through their undersigned counsel, that

21 the entire action be dismissed with prejudice as to all defendants pursuant to Federal Rule of

22 Civil Procedure 41(a)(1)(ii).

23      **IT IS FURTHER STIPULATED THAT** the Court shall direct the clerk to enter judgment

24 dismissing the entire action with prejudice.

25 //

26 //

27 //

28

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation for Dismissal with Prejudice
and Entry of Judgment and Order                    1                    C04 04051 HRL

1    IT IS FURTHER STIPULATED THAT each party shall bear its own costs and

2    attorneys' fees.

3    Dated: April 25, 2005                    MATT DICKSTEIN, ESQ.

4

5                                             Attorney for Plaintiff

6    Dated: April 21, 2005                    OFFICE OF THE COUNTY COUNSEL

7

8                                   By:       Lisa Herrick
                                              Lisa Herrick
9                                             Attorney for Defendants
                                              COUNTY OF SANTA CLARA,
10                                            RALPH HAYS AND JAMES RAMONI

11                                   ORDER

12        THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED,

13   ADJUDGED AND DECREED THAT:

14        1. The entire action be dismissed with prejudice as to all defendants pursuant to Federal

15   Rule of Civil Procedure 41(a)(1)(ii).

16        2. The clerk shall enter judgment dismissing the entire action with prejudice.

17        3. Each party shall bear its own costs and attorneys' fees.

18

19   Dated: 4/29/05                           /s/ Howard R. Lloyd

20                                            JUDGE OF THE DISTRICT COURT

21

22

23

24

25

26

27

28   S:\Main\Litigation\Ten Cate E-Filing\Pleadings\Dismissal.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation for Dismissal with Prejudice
and Entry of Judgment and Order                    2                    C04 04051 HRL